# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Juan Gabriel Munoz Juarez | Case Number: 25cr3638-DDL |
| USM Number: 30784506 | Veronica Portillo-Heap, Federal Defenders of San Diego, Inc. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) One of the Information

☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325(a) | Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) underlying is dismissed on the motion of the United States.

Assessment : $10.00

☒ Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

☐ JVTA Assessment*: $

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 18, 2025
Date of Imposition of Sentence

_David Leshner_ (signature)

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | Juan Gabriel Munoz Juarez | Judgment - Page **2** of **2** |
| CASE NUMBER: | 25cr3638-DDL | |

## PROBATION

The defendant is hereby sentenced to probation for a term of: One Year Supervised

## MANDATORY CONDITIONS

1. The defendant must not commit any federal, state or local crime.
2. The defendant must not unlawfully use or possess a controlled substance.

## SPECIAL CONDITIONS

1. If deported, excluded or allowed to voluntarily return to country of origin, not reenter or attempt to reenter the United States illegally and must report to U.S Probation within 24 hours of any reentry to the United States. Supervision is waived upon deportation, exclusion, or voluntary departure.